SCANNED AT WESTERN IL and E-mailed
8/16/18    by  TC    21  pages
date       initials   No.

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

NATHAN COBBS,

Plaintiff

vs.

HEAD WARDEN CAMERON WATSON,
Lt. SHUFFLIN, Lt. LINDSAY,
Lt. DURELL, I/A C/O SESSIONS,
C/O SCOGGS, AND, GRIEVANCE
OFFICER TARA GOINS

Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Nathan A. Cobb

Prison Identification Number: R-70416

Current address: Western Ill. Correctional Center 2500 Route 99 South, Mt. Sterling, Ill. 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Head Warden Cameron Watson

Current Job Title: Head Warden of WCIC

Current Work Address: 2500 Route 99 South, Mt. Sterling Ill. 62353

Defendant #2:

Full Name: Lt. Shufflin, And, Lt. Lindsay

Current Job Title: Lieutenants at Prison on Day Shift.

Current Work Address: 2500 Route 99 South, Mt. Sterling Illinois, 62353

Defendant #3:

Full Name: Internal Affairs Lt. Durell, And, I/A C/O Sessions.

Current Job Title: Lieutenant of I/A at Western Ill. C.C., I/A C/O Sessions.

2

Current Work Address 2500 Route 99 South, Mt. Sterling Ill. 62353

Defendant #4:

Full Name: Correctional Officer C/O Scoggs

Current Job Title: Correctional Officer at Prison

Current Work Address 2500 Route 99 South, Mt. Sterling, Ill. 62353

Defendant #5:

Full Name: Tara Goins

Current Job Title: Grievance Officer at Prison

Current Work Address 2500 Route 99 South Mt. Sterling Ill. 62353

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes ☐   No ☒

If yes, please describe ___NONE___

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? NONE  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  _NONE_

2. Basic claim made  _NONE_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  _NONE_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

   If your answer is no, explain why not  _ANSWER IS YES!_

C. Is the grievance process completed?   Yes ☒   No ☐

GRIEVANCE REPORT WROTE ON GRIEVANCE FORM WAS FORWARD TO HEAD WARDEN CAMERON WATSON ON JAN 18, 2018, WHO IN TURN FORWARD THE EMERGENCY GRIEVANCE TO MS. TARA GOINS WHO CALL ME TO TALK TO ME FACE TO FACE ON MAY 19TH 2018, YET, SHE WOULD NOT PROCESS MY EMERGENCY GRIEVANCE, NOR, WOULD SHE ANSWER MY LETTERS TO HER. SHE IS deliberately Blocking EXHAUSTION OF Administrative Remedies To Aid Security STAFF Misconduct!

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  _WESTERN ILL CORRECTIONAL CENTER._

4

Date(s) of the occurrence  DECEMBER 15TH 2017

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On December 15th 2017 defendants Lt. Shufflin, Lt. Lindsay, and C/O Scoggs maliciously and sadistically violated my Constitutional rights under the 8th and 14th Amendment at around 12:30 P.M. while I was in handcuffs behind my back and not showing any aggression or resistance inside the Segregation Bullpin, that's outside of camera view. I was put in this Bullpin by defendant C/A Officer Sessions on investigative status. While on my way to this bullpin defendant C/O Scoggs walked up to me and trys to tripp me, but, I stepped over his foot, and asked him why did he try to tripp me? Defendant C/O Scoggs states "Shut up Nigger before I really hurt you." Plaintiff being afraid for my safety told him that I didn't do anything to him for him to have to put his hands on me! Defendant Scoggs then pushed me into the Seg Bullpen to the back wall, whereas he took his full body weight forward with two thumbs and lodged them under my chin & pressed choking me for about (30) seconds causing great pain and fear forcing me to swing around to get free, defendant Scoggs then steps to the side to let defendant Lt. Shufflin grab my head with both his hands and slams my head into the wall over and over placing a dash cut over my eye and

5

causing a concussion to my head, where a he than turns me around to face to face with him, and slams my back spine into the wall causing great pain. He than took his left fourarm and pressed it against my throat with his full body weight choking me while stricking me with his right fist five to ten times in my left side ribs fractioning my rib cage! At this point and time Defendant Lt. Linsey comes and grab my feet causing me to fall backwards & hit the back of my head on the wall while Defendant Lindsey held my feet in the air, Defendant Lt. Shufflin continues to punch me in my ribs as he began to drop kick his right knee into my ribs causing me to scream out in pain, while this is taking place Defendant C/O Scoggs held his left knee against the front of my neck after 3 to 4 knee drops trying to crush my Adam apple in my throat. Defendant Lt. Lindsey then lets my legs go & Defendant C/O Scoggs got up taking his knee off my, my, neck they then left me handcuff, bleeding, swollen, Locked in the Bullpen! denying my request for medical attention! Approximately around 30 minutes later Defendant Warden Watson comes along doing his rounds signing the logbooks in Seg. Plaintiff notifys him of what happen. He calls Defendant Lt. Durell because that is who came from Internal Affairs to see and tells me the warden sent him. 10 (ten) minutes later I'm taken to Health Care and given stitches to the big clash over my right eye and pain pills, but no Ex-Ray to my back & ribs or skull. From their on a deliberate malicious denial to block exhaustion of my administrative remedies is carried out by Defendant Tara Goins who refuses to answer the grievance sent to her by Defendant Watson sent to him on a emergency bases back in Jan. 2018. Plaintiff was being racially profiled and targeted with each of the Defendants doing their individual part

to ensure this matter is never brought to court while defendants Lt. Durell and Head Warden Watson pretends to show concern. After defendant Watson saw me handcuffed and gets my emergency grievance he deliberately with malice intent fails to process the grievance as a emergency grievance. Forwards it to defendant Tara Goins who never sends me a response to the grievance so I can forward this on to Springfield Adm. Review Board for handling. Nor, does defendants C/O Session or Lt. Durell of I/A take any other steps in helping plaintiff in this matter, or actions against those staff members for the cruel and unusual excessive force without any penological justification for the racial profile beating. Each defendant involved was deliberately turning a blind eye to the wrong, facilating it, condoning it, and failing to correct it. Each is liable for their actions or inactions in the excessive force. Each knew or should have known they was violating clearly establish constitutional rights of the plaintiff.

### RELIEF REQUESTED
(State what relief you want from the court.)

Plaintiff asks for $225,000.00 dollars compensatory

Damages individually from each Defendant involve, in their individual capacities and official capacities, Plaintiff asks for $50,000.00 dollars Punitive Damages from each Defendant involve in the Excessive Force and Medical delay and denial done in violation to my 4th, 8th, and 14th Amendment clearly establish Constitutional Rights. And Plaintiff ask that Defendant Tara Goins and Warden Watson to held Liable for Blocking Exhaustion of My Administrative Remedies and charged Punitive and Compensatory Damages. Plaintiff further as that this Honorable Court Appropriate All Marshal Service on each Defendant held liable.

JURY DEMAND     Yes [X]     No [ ]

Signed this _____ day of _____, 20____.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| NATHAN COBBS | R-70416 |
| Address: 2500 Route 99 South Mt. Sterling, Ill. 62353 | Telephone Number: |

8