IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATHAN COBBS,             )
                          )
    Plaintiff,           )
                          )
-vs-                      )   No. 18-3205
                          )
CAMERON WATSON, et al.    )
                          )
    Defendants.          )

### ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants, MATTHEW LINDSEY, SCOTT SCOGGIN, and TODD SHEFFLER, by and through their attorney Lisa Madigan, Attorney General for the State of Illinois, and for their Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 1], as determined by the Court's Merit Review Order [Doc. 10][1], Defendants state the following:

### PLAINTIFF'S CLAIMS

1.  Plaintiff filed this lawsuit pursuant to 42 U. S. C. §1983 alleging Defendants used excessive force against him when they battered him on December 15, 2017.

**RESPONSE:**

**Defendants deny the allegations contained in Paragraph 1 and deny violating Plaintiff's constitutional rights.**

2.  Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the Court finds that the Plaintiff states a claim for excessive force in violation of the Eighth Amendment against Defendants Lindsey, Scoggin, and Sheffler.

**REPONSE:**

---

[1] Pursuant to Local Rule 16.3(E)(2), Defendant responds to the issues as identified in the merit review order and needs not respond to the Complaint. CDIL-LR 16.3(E)(2).

**Defendants deny the allegations contained in this paragraph and deny violating Plaintiff's constitutional rights.**

## RELIEF REQUESTED

**Defendants deny Plaintiff is entitled to any relief.**

## JURY DEMAND

**Defendants respectfully request a trial by jury on all triable counts.**

## AFFIRMATIVE DEFENSES

1. **Qualified Immunity**

At all times relevant to Plaintiff's Claims, Defendants charged herein acted in the good faith performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are, therefore, protected from liability by the doctrine of qualified immunity.

2. **Sovereign Immunity**

Plaintiff's claims for monetary damages against Defendants in their official capacities are precluded by the Eleventh Amendment, which bars an action for damages in federal court against a State or a State official sued in his official capacity. Plaintiff's claims for injunctive relief are barred absent a showing of an ongoing constitutional violation.

3. **Administrative Exhaustion**

Plaintiff has filed suit concerning incidents which occurred while Plaintiff was incarcerated within the Department of Corrections. Plaintiff has failed to properly exhaust administrative remedies as is required prior to filing suit under 42 U.S.C. §1983 and his claims are, therefore, barred by the Prison Litigation Reform Act (42 U.S.C. § 1997e(a)) and <u>Perez v. Wisconsin Dept. of Corrections</u>, 182 F. 3d 532 (7th Cir. 1999).

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff any relief in this matter whatsoever and enter judgment in their favor.

                                        Respectfully submitted,

                                        MATTHEW LINDSEY, SCOTT SCOGGIN,
                                         and TODD SHEFFLER,

                                                Defendants,

                                        LISA MADIGAN, Attorney General,
                                        State of Illinois,

                                                Attorney for Defendants,

                                      By:    s/ Sierra Senor-Moore
                                              Sierra Senor-Moore, #6321486
                                              Assistant Attorney General
                                              500 South Second Street
                                              Springfield, Illinois 62701
                                              Telephone: (217) 782-1841
                                              Facsimile: (217) 782-8767
                                              E-Mail: ssenormoore@atg.state.il.us
                                              and gls@atg.state.il.us

No. 18-3205

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, the foregoing document, *Answer and Affirmative Defenses,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James P. Gaughan
>Riley Safer Holmes & Cancila LLP
>Three First National Plaza, Suite 2900
>70 W. Madison St.
>Chicago, IL  60602
>At Email: jgaughan@rshc-law.com

>Respectfully submitted,

>By s/ Sierra Senor-Moore
>    Sierra Senor-Moore, #6321486
>    Assistant Attorney General
>    500 South Second Street
>    Springfield, Illinois  62701
>    (217) 782-1841 Phone
>    (217) 782-8767 Fax
>    E-Mail:  ssenormoore@atg.state.il.us
>     & gls@atg.state.il.us