IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVSION

NATHAN COBBS,

    Plaintiff,

v.

CAMERON WATSON, et al.

    Defendants.

3:18-cv-3205-SLD-JEH

## DISCOVERY PLAN

Counsel for Plaintiff, James Gaughan of Riley Safer Holmes & Cancila, LLP and counsel for Defendants, Hinal Patel of the Office of the Attorney General, having met via conference call on April 15, 2020 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit these agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  Completed
2. Amendment of the pleadings:  May 15, 2020
3. Joining additional parties:  May 15, 2020
4. Close of fact discovery:  October 15, 2020
5. Disclosure of Plaintiff's experts:  November 16, 2020
6. Disclosure of Plaintiff's expert reports:  November 16, 2020
7. Plaintiff's experts deposed by:  December 15, 2020
8. Disclosure of Defendants' experts:  January 15, 2021
9. Disclosure of Defendants' expert reports:  January 15, 2021
10. Defendants' experts deposed by:  February 15, 2021
11. Completion of all discovery:  February 15, 2021
12. Dispositive motions:  March 15, 2021

| | |
|---|---|
| Plaintiff Nathan Cobbs | Defendants Matthew Lindsey, Scott Scoggin and Todd Sheffler |
| By: /s/ James Gaughan<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 West Madison Street, Suite 2900<br>Chicago, Illinois  60602<br>Telephone:    312.471.8655 | By: /s/ Hinal Patel<br>OFFICE OF THE ATTORNEY GENERAL<br>500 South Second Street<br>Springfield, Illinois  62701<br>Telephone:    217.557.7081 |

**CERTIFICATE OF SERVICE**

    I certify that on April 20, 2020, I electronically filed the foregoing DISCOVERY PLAN with the Clerk of the Court using the CME/CF system which will send notification of such filing to all counsel of record.

                                        /s/ James P. Gaughan