ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: January 19, 2018     Date of Review: May 25, 2018     Grievance # (optional): 18-0055E

Offender: Nathan Cobbs     ID#: R70416

Nature of Grievance: Inmate is grieving staff conduct.

Facts Reviewed: Emergency Grievance. Inmate's grievance reviewed. Inmate states that he was assaulted by officers while in handcuffs. Inmate states present were C/O Howell, C/O Mayer, C/O Scoggs, C/O Session, Lt. Sheffler, Lt. Lindsay. Inmate states he was called to IA for questioning about a non-violent offense. Inmate states he was placed in handcuffs by C/O Session and take to seg under IS status. Inmate states C/O Session began twisting the cuffs and told the C/O he didn't have to get physical on him. Inmate states C/O Session banged on the seg window and C/O Scoggs and C/O Mayers ran up to him and C/O Scoggs tried to trip him. Inmate states he asked him why he tried to trip him and was told to shut up nigger before I really hurt you. Inmate states C/O Scoggs then pushed him in the seg bullpen to the back wall. Inmate states that C/O Scogs then pressed his 2 thumbs under the soft of chin and pressed his body weight forward pinning him against the wall to choke him. Inmate states Lt. Sheffler came in, turned him around, and shoved his head into the brick wall 2 times. Inmate states Lt. Sheffler turned him around then put his forearm across his throat to choke him. Inmate states Lt. Sheffler began punching him in the left side of his ribs. Inmate states C/O Scoggs comes up and grabs his legs from under him causing him to fall backwards, hitting his head on the wall. Inmate states Lt. Lindsay came in and placed his left knee on his throat, Lt. Sheffler dropped him right knee into the left side of his ribs. Inmate states the staff then stopped and left the bullpen. Inmate states the Warden came down to make rounds and he told him what happened and he made a phone call. Inmate states Lt. Durell came to speak to him and walked him to health care. Inmate requests to file criminal charges on staff and to be transferred.

Lt. Durell, Internal Affairs, response states that all staff involved interviewed. All allegations were denied. Offender Cobbs refused medical treatment for self-inflicted wounds. Cobbs was placed in IS and was upset over allegations of pending charges. Allegations are unsubstantiated.

Inmate Cobbs interviewed by this Grievance Officer. Inmate states that he does not have anything more to say about this incident and that nothing has happened since.

Inmate may request a transfer through his correctional counselor, if eligible.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

Tara Goins
Print Grievance Officer's Name     Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 5-25-18     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

C. Wats
Chief Administrative Officer's Signature     5/29/18
Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature     ID#     Date

18-E-43

18-6055E

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: Dec 15 2017 | Offender: (Please Print) Nathan D. Cobbs | ID#: R70416 |

| Present Facility: WICC | Facility where grievance issue occurred: Western ILCC |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___  Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

_____ Facility where issued

RECEIVED DEC 21 2017 ADMINISTRATIVE REVIEW BOARD

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): At approximately 12:40 pm, I was assaulted by Sgt 6 officers while in hand cuffs. the officers that were involved was, c/o Revilla, Nurse Shomeyer, c/o Scoggs, Lt Shuffin, Lt Lindsey. At approximately 12:45 pm, I was escorted to IA for questioning (about a non-issued clause) I was then placed in hand cuffs by IA c/o sessions was told to go to be placed under I.S. (investigative status) upon me. IA c/o session informed of the seg sliding door to open. IA c/o sessions began tussling on the cuffs. I then looked at IA c/o sessions and stated "come on man you ain't have to get all physical on me". IA c/o sessions then told me if he wanted to do that all he had to do was bang on the other side of the seg sliding door window (as he did so) when c/o Scoggs c/o moyers ran up to me with the seg 995 then tried to trip me. I stepped over his →

Relief Requested: I would like to pursue with filing formal charges of assault + Battery on Lt Shuffin Lt Hinksy c/o Scoggs (995) and to be transferred ???  for my life and safety. Due to this file scale against me.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Nathan Cobbs  R70416  12/18/2017
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name  Counselor's Signature  Date of Response

**EMERGENCY REVIEW**

Date Received: 1/18/18  Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

C. Watson  1/18/18
Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1  DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

and I then asked him why did he just try to trip me?! what the Sgt (Scruggs) then stated to me "Shut up nigger Before I really hurt you"! I then told him I didn't Do anything to have lee him to put his hands on me. Sgt (Scruggs) then pushed me into the Sag Bullpen toilet back wall, Sgt Scruggs then took his two thumbs and lodged them under the Soft of Chin & pressed his Body weight forward (pinning me against the Back wall) to choke me. C/O Sgt (Scruggs) choked me like this for approximately 30 seconds, until I started to squirm around to try to get free of his grip. C/O Sgt (Scruggs) then moved aside to let Lt Shufflin come towards me. Lt Shufflin then grabbed me with both of his hands turned me around, still with both of his hands) took my head & bounced it into the Back wall 2 times. After that Lt Shufflin turned me back around (so that me & him was face to face) to where my Back was against the wall. Lt Shufflin then took his left forearm and placed it across throat & began forward pressing his body weight against my throat to choke me. While Lt Shufflin was choking me with his forearm, he began punching me in the left side of the Ribs with his right fist 6 to ten times. at this point C/O Scruggs comes towards me and grabs my legs from under me causing me to fall Backwards (hitting the Back of my head on the wall. while C/O Scruggs is holding my legs up, up to the point of me almost hanging upside down). At this point Lt Lindsey Sr added in & placed his left knee on my throat (on the front of my throat on my Adams apple) while crushing down. Lt (Lindsey) held my mid section to assist C/O Scruggs in holding my legs in the aerial while this is going on Lt Shufflin Began Driving his right knee into the left side of my Ribs. Lt Shufflin did this 3 to 4 times. After he was done dropping his knee into the side of my Rib me & everybody else stopped, and they got out of the Bullpen & forced me in their escort back to N3. one cell they were doing so. Approximately 20 mins later I seen warden walker walking the N3 deck saying Everett I asked to speak with any thing I who was how I he had said occurred to me. ward walker then picked up the phone, made a call and told me that someone will be in to talk to me real soon. then he left. Approximately 10 mins later I Lt Durell came to me and informed me that warden watson had just called him & asked him to speak with me. I invited him about what had occurred. he told it me that he was to investigate everything. me then I Lt Durell escorted me to health care, then nurse Rankin treated me for a knot above I got over the disk to cuz my right eye next to my eye brow, wit a big gash wound, that he is caused inside the wall. Nurse Rankin cleaned my wound & gave me stitches & wound me use ice for Seeks. the next Day I asked I Lt Durell if I could have pictures taken of my injuries & he tell me no. -END- I would also like to note that since this has occurred I have Been trying to get grievance forms and they (the S.I.S.) have not given me any? I have Been placed under I.S. and have not been given a investigative status hearing. -END-