| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| STAFF CONDUCT | 04/10/2018 | WIL | WIL | SHBE | G | RGF; GRV DATED 12/18/17 ON "3 OF 6 OFFICERS" ASSAULTING HIM ON 12/15/17, IA S |
| STAFF CONDUCT | 12/28/2017 | WIL | WIL | SHBE | G | RGF; GRV DATED 12/15/17 ON "3 OF 6 OFFICERS" ASSAULTING HIM, IA SESSIONS, C |
| SENTENCE CRED | 04/26/2013 | PON | PON | SHBE | G | RGF; MSR OUTDATE & IS A TECH VIOLATOR. GRV IS DATED 1/20/13 & NEEDS TO SPI |
| DR | 12/06/2012 | IRI | PON | SHBE | G | IDR 10/19/12 #201202376/1-IRI; REMANDED BACK TO IRI ADJ. COMM. TO HAVE ADD |
| DR | 12/06/2012 | IRI | PON | SHBE | G | IDR 10/19/12 @ IRI #201202377/1-IRI; WANTS DNA TESTED ON THE SPIT & CLAIMS H |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: **Cobb** (Last Name)   **Nathan** (First Name)   MI ___   **R70416** (ID#)

Facility: **WIL**

☒ Grievance: Facility Grievance # (if applicable): **3/7/18 memo** Dated: **12/18/17, 2/15/18 (b) (+)** or ☐ Correspondence: Dated: ___

Received: **4/3/18** Regarding: **Assaulted by "3 of 6" Officers 12/15/17**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___ Date
- ☐ No justification provided for additional consideration.

Other (specify): **filed with facility over 60 days later from 12/15/17.**

Completed by: **Sherry Benton** (Print Name)   Signature: **S. Benton**   Date: **4/10/18**

Distribution: Offender, Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev. 3/2018)

Bruce Rauner
Governor



John Baldwin
Acting Director

3A30

## The Illinois Department of Corrections

Western Illinois Correctional Center
2500 Route 99 South • Mt. Sterling, IL 62353 • (217) 773-4441 TDD: (800) 526-0844

**DATE:** 3-7-18

**TO:** Cobbs R70416

**FROM:** Grievance Officer
Western Illinois Correctional Center

**SUBJECT:** _____

Date Received: 3-1-18

The attached is being returned for the reason(s) listed below:

___ Contact your Correctional Counselor
___ Use proper Committed Person's Grievance (DOC 0046)
___ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
___ Forward grievance directly to the Administrative Review Board (protective custody, enforced medications, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).
**X** Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. 60 day time frame
___ Unable to determine nature of grievance/correspondence. Submit additional specific information.
___ Illegible copy submitted—submit legible copy for consideration.
___ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.
___ Issue has been previously addressed on _____. No justification for further consideration.
___ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.)
___ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (Executive Clemency, parole violation issues, etc.)
___ MGT/SMGT is an administrative decision; therefore, issue will not be addressed further.
___ Other _____

RECEIVED
APR 0 3 2018
ADMINISTRATIVE

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: __Cobbs__ __Nathan__ ____ __R70416__
　　　　　　Last Name　　　　　First Name　　　MI　　ID#

Facility: __WIC__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 12/15/17(+) 12/18/17(b) or ☐ Correspondence: Dated: _____
Received: __12/21/17__ Regarding: __assaulted by "3 o 6 African"; JH Sessions; C/O Scott Smith(?) & Shuffin; Scaggs__
　　　　　　　Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☒ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
　Office of Inmate Issues
　1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
　　　　　　　　　　　　　　　　　　　　　　　　Date
- ☐ No justification provided for additional consideration.

RECEIVED APR 03 2018 ADMINISTRATIVE REVIEW BOARD

Other (specify): _____

Completed by: __Sherry Benton__　　Signature: __S. Benton__　　Date: __12/28/17__
　　　　　　　Print Name

Distribution: Offender
　　　　　　　Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.5/2017)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 12/18/17
Offender: (Please Print) Nathan COBBS
ID#: R70416
Present Facility: WIC
Facility where grievance issue occurred: WIC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Assaulted by 3 of 6 officers

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the date of Dec 15, 2017, I was Assaulted By 3 of 6 officers while in hand cuffs. The officers that were present was Lt Shucklin, Lt Lindseyfield, C/O Scaggs, (intel) C/O mayes, C/O powell, I.A. C/O sessions. At 12:15pm I was called to I.A. C/O to be questioned about a non violent offense. I was then placed in cuffs By I.A. C/O sessions and was telling to Seg to be placed under "I.S." upon me and I.A. C/O session waiting in front of the Seg slider to open. I.A. C/O sessions Began twisting on my cuffs. I then looked at him and said "come on man you don't have to get all phys.col on me" C/O session then told me that if he really wanted to do that all he had to do was Bang on the Seg window (As he did so) intel C/O Scaggs + intel C/O mayes came running towards me + C/O session. intel C/O Scaggs then tryed to trip me. I stepped over his foot + asked him "why did he just try to trip me?" C/O Scaggs then stated "Shut up nigger Before I really hurt you." I then told

Relief Requested: upon the Discretion of Wardin Watson

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Nathan Cobbs    R70416    02/15/18
Offender's Signature    ID#    Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: 

RECEIVED   RECEIVED
APR 03 2018
ADMINISTRATIVE REVIEW BOARD    GRIEVANCE OFFICE

Print Counselor's Name    Counselor's Signature    Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date ___/___/___

Distribution: Master File; Offender    0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

him" "I didn't do anything to him for him to put his hands on me" C/O Scoggs then pushed me into the seg. Bull pin to the Back wall. he then took his two thumbs and lodged them under the soft of my chin and pressed his Body weight forward (pinning me against the Back wall face to face with him) to choke me. C/O Scoggs choked me like this for approx. 30 sec until I started to squirm around to get free of his grip. C/O Scoggs then moved aside to let Lt Shufflin come towards me. Lt Shufflin then grabbed my head with Both hands and turned me around to face the wall & ran my head into the wall two times. Lt Shufflin then turned me Back around so that I was face to face with him and my Back up against the wall. Lt Shufflin then took his left forearm and placed it across my neck & leaned his Body weight in to choke me. While Lt Shufflin is choking me with his forearm, Began Punching me in the left side of my Ribs with his right fist, 5 to 10 times. At this point until C/O Scoggs comes towards me and grabs my legs from under me causing me to fall Back wards and hitting the Back of my head on the wall. While C/O Scoggs is holding my legs in the air (almost to the point of me hanging upside down) At this point Lt Lindsey stepped in and placed his left knee on the front of my throat (while holding my mid. section to help C/O Scoggs keep my feet in the air) while this is going on Lt Shufflin began to drop his right knee into the left side of my Ribs. Lt Shufflin Dropped 3 to 4 knee Blows into my Ribs and then he stopped as well as everyone else. 20 mins later I seen warden Cameron Watson coming into seg. to make his Rounds and Sign the Books. I asked to have a word with him, I then informed him about what had occurred. Warden Watson then picked up the seg. phone and placed a call and told me that someone would Be to talk to me soon. 10 mins later IA Lt Durell came and told me that warden Watson had sent him to talk to me about what had occurred. Lt Durell listened to me inform him about everything, then told me that he would investigate everything. Lt Durell then took me to health care to Be treated for a head injury. (which was a Big gash over my right eye) I was treated By nurse S. Ruble she gave me stitches and placed me on sickcall for the next day (12-16-17). I asked if I could have pictures of my injury I asked IA Lt Durell and was told no. -END-

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: **Cobbs**, **Nathan** MI: ___ ID#: **R70416**
Last Name, First Name

Facility: **WIC**

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: 12/15/17(t) 12/18/17(b) or ☐ Correspondence: Dated: _____

Received: 12/21/17 Regarding: assaulted by "3 of 6 Officers"; 7H sessions; % Scottsm(?); it shufflin'

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☑ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: Sherry Benton   Signature: Benton   Date: 12/28/17

Distribution: Offender, Inmate Issues   Printed on Recycled Paper   DOC 0070 (Rev.5/2017)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Dec 15 2017 | Offender: (Please Print) Nathan D Cobbs | ID#: R70416 |
|---|---|---|
| Present Facility: WICC | Facility where grievance issue occurred: Western Ill C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

RECEIVED DEC 21 2017 ADMINISTRATIVE REVIEW BOARD

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): At Approximately 10:48 pm I was assaulted by 3 of 6 officers while in hand cuffs. the officers that were present was, C/O Howell, Intel C/O Mayors, C/O Scottsen, Intel C/O Sessions, Lt Shufflin, Lt Lindsey. At Approximately 12:15 pm I was called to IA for questioning (a Fed. a non violent offense) I was then placed in hand cuffs by IA C/O Sessions was taken to seg to be placed under IS (investigative status) upon me & IA C/O Session waiting in front of the seg sliding door to open, IA C/O Sessions began twisting on the cuffs. I then looked at IA C/O Sessions and stated "come on man you don't have to get all physical on me". IA C/O Sessions then told me if he wanted to do that all he had to do was Bang on the other side of the seg sliding door window (As he did so) Intel C/O Scottsen & C/O Mayors Ran up to me, Intel C/O Scottsen then tryed to trip me. I stepped over his →

Relief Requested: I would like assistance with filing criminal charges of Assault & Battery on Lt Shufflin Lt Lindsey, C/O Scottsen. and to be transferd. I am in fear for my life and safty Due to this Assault against me.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Nathan Cobbs     R70416     12/18/2017
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name     Counselor's Signature     Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender     Page 1     DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

food. I then asked him why did he just try to trip me? C/O Scotten then stated to me "Shut up nigger Before I really hurt you". I then told him "I didn't do anything to him for him to put his hands on me, etc." C/O Scotten then pushed me into the Seg Bullpen from the Back wall. C/O Scotten then took his two thumbs and lodged them under the soft of Chin & pressed his Body weight forward (pinning me against the Back wall) to choke me. C/O Scotten choked me like this for Approximately 30 seconds, until I started to squirm around to try to get free of his grip. C/O Scotten then moved aside & let Lt Shufflin come towards me. Lt Shufflin then grabbed me with Both of his hands, turned me around (still with Both of his hands) took my head & ran it into the Brick wall 2 times. After that Lt Shufflin turned me Back around (so that me & him was face to face) to where my Back was against the wall. Lt Shufflin then took his left forearm and placed it across throat & leaned forward pressing his Body weight against my throat to choke me. While Lt Shufflin was choking me with his forearm, he Began punching me in the left side of the Ribs with his right fist 5 to 10 times. At this point C/O Scotten comes towards me and grabs my legs from under me causing me to fall Backwards & hitting the Back of my head on the wall, while C/O Scotten is holding my legs in the air to the point of me almost hanging upside down.) At this point Lt Lindsey stepped in & placed his left knee on my throat (on the front of my throat or my Adams apple) while crouching down. He (Lt Lindsey) held my mid section, to Assist C/O Scotten hold my legs in the air. While this is going on Lt Shufflin Began Dropping his right knee into the left side of my Ribs. Lt Shufflin did this 3 to 4 times. After he was done dropping his knee into the side of my Ribs, he & everybody else stopped & walked out of the Bullpen & locked me in then went Back to do what ever they were doing. Approximately 20 mins later I seen warden Watson making his rounds Brooks I asked to speak with him, then I informed him of what had just occurred to me warden Watson then picked up the phone, made a call and told me that someone will be to talk to me real soon, then he left. Approximately 10 mins later I.A Lt Darrell came to me and informed me that warden Watson had just called him & asked him to speak with me. I informed him about what had occurred, he then told me that he would investigate everything. Then I.A Lt Darrell walked me to health care, there nurse Reuben treated me for a head injury I got from the assault over my right eye next to my eye Brow. It was a Big gash from my head Being rammed into the wall. Nurse Reuben cleaned my wound & gave me stitches & wrote me down for sick call the next Day. I Asked I.A Lt Darrell if I could have pictures taken of my injuries he told me no. —END— I would also like to note that since this has occurred I have Been trying to get grievance forms and they (the c/o's) have not given me any. & I have Been placed under I.S and have not Been given a investigative States ticket. —END—