| Offender | Institution | Living Unit | Start Date | End Date | Placement Reason | Modified By | Modified On |
|---|---|---|---|---|---|---|---|
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:02:A:29:L1 | 10/10/2018 18:43 | | ROUTINE | | 10/10/2018 18:45 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:01:B:19:L1 | 8/13/2018 18:30 | 10/10/2018 18:43 | ROUTINE | IDOC Service Admin # | 10/10/2018 18:45 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:R:01:21:L1 | 8/7/2018 20:15 | 8/13/2018 18:30 | ROUTINE | IDOC Service Admin # | 8/13/2018 18:31 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:03:C:66:L1 | 7/23/2018 18:28 | 8/7/2018 20:15 | ROUTINE | IDOC Service Admin # | 8/7/2018 20:19 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:R:01:64:L1 | 7/21/2018 7:55 | 7/23/2018 18:28 | ROUTINE | IDOC Service Admin # | 7/23/2018 18:29 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:S:01:19:L1 | 6/21/2018 20:04 | 7/21/2018 7:55 | ROUTINE | IDOC Service Admin # | 7/21/2018 7:56 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:03:A:63:U1 | 6/9/2018 12:45 | 6/21/2018 20:04 | ROUTINE | IDOC Service Admin # | 6/21/2018 20:04 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:R:01:74:L1 | 6/8/2018 21:16 | 6/9/2018 12:45 | ROUTINE | IDOC Service Admin # | 6/9/2018 12:46 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:03:A:30:U1 | 1/29/2018 17:59 | 6/8/2018 21:16 | ROUTINE | IDOC Service Admin # | 6/8/2018 21:17 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:04:B:62:U1 | 1/15/2018 8:45 | 1/29/2018 17:59 | SEG. RELEASE | IDOC Service Admin # | 1/29/2018 18:01 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:S:01:23:U1 | 12/26/2017 13:37 | 1/15/2018 8:45 | ROUTINE | IDOC Service Admin # | 1/15/2018 8:46 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:R:01:38:L1 | 12/25/2017 6:37 | 12/26/2017 13:37 | ROUTINE | IDOC Service Admin # | 12/26/2017 13:37 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:S:01:24:L1 | 12/15/2017 13:12 | 12/25/2017 6:37 | ROUTINE | IDOC Service Admin # | 12/25/2017 6:40 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:04:B:26:L1 | 12/4/2017 8:45 | 12/15/2017 13:12 | ROUTINE | IDOC Service Admin # | 12/15/2017 13:13 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:S:01:08:L1 | 10/5/2017 12:55 | 12/4/2017 8:45 | ROUTINE | IDOC Service Admin # | 12/4/2017 8:46 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:S:01:26:L1 | 10/4/2017 13:17 | 10/5/2017 12:55 | TEMP CONF SEG | IDOC Service Admin # | 10/5/2017 12:58 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:04:C:74:L1 | 10/3/2017 17:55 | 10/4/2017 13:17 | ROUTINE | IDOC Service Admin # | 10/4/2017 13:18 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:02:C:64:U1 | 9/14/2017 17:33 | 10/3/2017 17:55 | ROUTINE | IDOC Service Admin # | 10/3/2017 17:56 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:R:01:75:L1 | 9/12/2017 13:55 | 9/14/2017 17:33 | ROUTINE | IDOC Service Admin # | 9/14/2017 17:33 |
| R70416 COBBS,NATH | WESTERN ILLINOIS | WIL:WIL:0U:0U:0U | 9/12/2017 13:30 | 9/12/2017 13:55 | TRANSFER | IDOC Service Admin # | 9/12/2017 13:56 |
| R70416 COBBS,NATH | TRANSPORTATION | TRA:TRA:00:00:00 | 9/12/2017 8:00 | 9/12/2017 13:30 | TRANSFER | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | STATEVILLE | STA:NRC:RV:03:11:U | 8/26/2017 14:09 | 9/12/2017 8:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | STATEVILLE | STA:NRC:RW:02:04:L | 7/13/2017 20:32 | 8/26/2017 14:09 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | STATEVILLE | STA:NRC:0U:0U:0U | 7/13/2017 9:48 | 7/13/2017 20:32 | ADMIT | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | SUPERVISED RELEAS | PAR:003:00:00:00 | 1/13/2016 7:05 | 7/13/2017 9:48 | PAROLE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R6:B:26:L1 | 1/8/2016 8:53 | 1/13/2016 7:05 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R3:B:38:L1 | 12/8/2015 7:48 | 1/8/2016 8:53 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R3:A:25 | 12/4/2015 8:26 | 12/8/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R4:C:15 | 11/20/2015 8:14 | 12/4/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R4:D:60 | 9/5/2015 11:51 | 11/20/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:0U:0U:0U | 9/5/2015 11:50 | 9/5/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R4:D:14 | 8/27/2015 8:02 | 9/5/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R5:A:37 | 7/14/2015 14:09 | 8/27/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R5:D:24 | 7/12/2015 12:52 | 7/14/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R6:B:32 | 7/10/2015 20:48 | 7/12/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R5:A:36 | 5/30/2015 14:08 | 7/10/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R5:A:55 | 5/27/2015 11:10 | 5/30/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R6:A:61 | 5/19/2015 7:53 | 5/27/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |
| R70416 COBBS,NATH | PINCKNEYVILLE | PNK:PNK:R5:A:36 | 5/16/2015 13:53 | 5/19/2015 0:00 | ROUTINE | IDOC Service Admin # | 9/12/2017 13:30 |