# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

18-E-43

**Date:** Dec 15 2017
**Offender (Please Print):** Nathan D. Cobbs
**ID#:** B70116
**Present Facility:** WICC
**Facility where grievance issue occurred:** Western Ill C.C.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability-Accommodation
- [ ] HIPAA
- [ ] Other (specify)

RECEIVED DEC 21 2017 ADMINISTRATIVE REVIEW BOARD

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:** At approximately 12:40 pm I was assaulted by Sgt. & others while in handcuffs. The officers that were present was, c/o Revely, Nurse Sto Mayers, c/o Scoggs, It. d c/o Sessions, Lt. Shufflin, Lt. Lindsey. At approximately 12:45 pm I was called to IA for questioning [illegible] I was then placed in hand cuffs by IA c/o Sessions who tried to try to be placed under IS (investigative status) upon me. IA c/o Session in turn informed of the Seg sliding door to open. IA c/o Sessions began twisting on the cuffs. I then looked at IA c/o Sessions and stated "come on now you ain't have to get all physical on me". IA c/o Sessions then told me if he wanted to do that all he had to do was bang on the other side of the Seg Sliding door window (As he did so) with c/o Scoggs c/o Mayers ran up to me while [illegible] then tried to trip me. I stepped over his [illegible]

**Relief Requested:** I would like a Hearing with filing formal charges of Assault & Battery on Lt. Shufflin, Lt. Lindsey, c/o Scoggs, and to be transferred to a max to save for my life and safety Due to this life scale against me.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Nathan Cobbs — Offender's Signature
B70116 — ID#
12/18/2017 — Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:** _____

Print Counselor's Name | Counselor's Signature | Date of Response

### EMERGENCY REVIEW

**Date Received:** 1/18/18
Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

C. Watson — Chief Administrative Officer's Signature
1/18/18 — Date