# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** Dec 15 2017
**Offender:** (Please Print) Nathan D COBBS
**ID#:** M78646
**Present Facility:** WICC
**Facility where grievance issue occurred:** western Ill C.C

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

RECEIVED DEC 21 2017 ADMINISTRATIVE REVIEW BOARD

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): At Approximately 10:40 pm I was assaulted by 3 of 6 officers while in handcuffs. The officers that were present was, c/o Howell, Intel c/o Mayers, c/o Scottson, Intel c/o Sessions, Lt Shufflin, Lt Lindsey. At approximately 12:15 pm I was called to IA for questioning (to find a non-violent offense) I was then placed in hand cuffs by IA c/o Sessions was taken to seg to be placed under IS (investigative status) upon me & IA c/o Session waiting in front of the seg sliding door to open. IA c/o sessions began twisting on the cuffs. I then looked at IA c/o sessions and stated "come on man you don't have to get all physical on me". IA c/o sessions then told me if he wanted to do that all he had to do was bang on the other side of the seg sliding door window (as he did so) intel c/o scottson & c/o mayers ran up to me. intel c/o scottson then tryed to trip me. I stepped over his +

**Relief Requested:** I would like assistance with filing criminal charges of Assault & Battery on Lt Shufflin, Lt Lindsey, c/o Scottson. and to Be transferd I am in fear for my life and safty Do to this Assault against me.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Nathan Cobbs Offender's Signature    M78646 ID#    12/18/2017 Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

Print Counselor's Name    Counselor's Signature    ___/___/___ Date of Response

---

### EMERGENCY REVIEW

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    ___/___/___ Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)