ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: **Cobbs**, **Nathan**, **R70416**
Last Name, First Name, MI, ID#

Facility: **WIL**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 12/15/17 (+) 12/18/17 (b) or ☐ Correspondence: Dated: _____

Received: 12/21/17 Regarding: assaulted by "3 d 6 African"; JH Sessions; c/o Scott Sulb(?) u Shuffin/ Scaggs

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☒ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

RECEIVED APR 03 2018 ADMINISTRATIVE REVIEW BOARD

Other (specify): _____

Completed by: Sherry Benton    Signature: S. Benton    Date: 12/28/17

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.5/2017)