Bruce Rauner
Governor

John Baldwin
Acting Director



## The Illinois Department of Corrections

Western Illinois Correctional Center
2500 Route 99 South • Mt. Sterling, IL 62353 • (217) 773-4441 TDD: (800) 526-0844

DATE: 3-7-18

TO: Cobbs R70416

FROM: Grievance Officer
Western Illinois Correctional Center

SUBJECT: _____

Date Received: 3-1-18

The attached is being returned for the reason(s) listed below:

____ Contact your Correctional Counselor
____ Use proper Committed Person's Grievance (DOC 0046)
____ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medications, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).
X  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. 60 day timeframe
____ Unable to determine nature of grievance/correspondence. Submit additional specific information.
____ Illegible copy submitted—submit legible copy for consideration.
____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.
____ Issue has been previously addressed on _____. No justification for further consideration.
____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.)
____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (Executive Clemency, parole violation issues, etc.)
____ MGT/SMGT is an administrative decision; therefore, issue will not be addressed further.
____ Other _____

RECEIVED
APR 03 2018
ADMINISTRATIVE