ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: January 19, 2018     Date of Review: May 25, 2018     Grievance # (optional): 18-0055E

Offender: Nathan Cobbs     ID#: R70416

Nature of Grievance: Inmate is grieving staff conduct.

Facts Reviewed: Emergency Grievance. Inmate's grievance reviewed. Inmate states that he was assaulted by officers while in handcuffs. Inmate states present were C/O Howell, C/O Mayer, C/O Scoggs, C/O Session, Lt. Sheffler, Lt. Lindsay. Inmate states he was called to IA for questioning about a non-violent offense. Inmate states he was placed in handcuffs by C/O Session and take to seg under IS status. Inmate states C/O Session began twisting the cuffs and told the C/O he didn't have to get physical on him. Inmate states C/O Session banged on the seg window and C/O Scoggs and C/O Mayers ran up to him and C/O Scoggs tried to trip him. Inmate states he asked him why he tried to trip him and was told to shut up nigger before I really hurt you. Inmate states C/O Scoggs then pushed him in the seg bullpen to the back wall. Inmate states that C/O Scogs then pressed his 2 thumbs under the soft of chin and pressed his body weight forward pinning him against the wall to choke him. Inmate states Lt. Sheffler came in, turned him around, and shoved his head into the brick wall 2 times. Inmate states Lt. Sheffler turned him around then put his forearm across his throat to choke him. Inmate states Lt. Sheffler began punching him in the left side of his ribs. Inmate states C/O Scoggs comes up and grabs his legs from under him causing him to fall backwards, hitting his head on the wall. Inmate states Lt. Lindsay came in and placed his left knee on his throat, Lt. Sheffler dropped him right knee into the left side of his ribs. Inmate states the staff then stopped and left the bullpen. Inmate states the Warden came down to make rounds and he told him what happened and he made a phone call. Inmate states Lt. Durell came to speak to him and walked him to health care. Inmate requests to file criminal charges on staff and to be transferred.

Lt. Durell, Internal Affairs, response states that all staff involved interviewed. All allegations were denied. Offender Cobbs refused medical treatment for self-inflicted wounds. Cobbs was placed in IS and was upset over allegations of pending charges. Allegations are unsubstantiated.

Inmate Cobbs interviewed by this Grievance Officer. Inmate states that he does not have anything more to say about this incident and that nothing has happened since.

Inmate may request a transfer through his correctional counselor, if eligible.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

Tara Goins
Print Grievance Officer's Name     Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 5-25-18     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

C. Wats     5/29/18
Chief Administrative Officer's Signature     Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature     ID#     Date

Distribution: Master File; Offender;     Page 1     DOC 0047 (Rev. 3/2005)