## **CERTIFICATE OF SERVICE**

I certify that on October 8, 2020, I electronically filed the foregoing PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CME/CF system which will send notification of such filing to all counsel of record.


*/s/ Rachel F. Sifuentes*